**No. 09-7821. Pierre Leake, Petitioner v. Minnesota.**

559 U.S. 943, 130 S. Ct. 1510, 176 L. Ed. 2d 121, 2010 U.S. LEXIS 1273.

February 22, 2010. Petition for writ of certiorari to the Supreme Court of Minnesota denied.

Same case below, 767 N.W.2d 5.

**No. 09-7822. Ben Jordan, Petitioner v. Florida.**

559 U.S. 943, 130 S. Ct. 1510, 176 L. Ed. 2d 121, 2010 U.S. LEXIS 1100.

February 22, 2010. Petition for writ of certiorari to the District Court of Appeal of Florida, First District, denied.

Same case below, 13 So. 3d 1059.

**No. 09-7823. Yefim Tarshik, Petitioner v. Kansas, et al.**

559 U.S. 943, 130 S. Ct. 1510, 176 L. Ed. 2d 121, 2010 U.S. LEXIS 1155.

February 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 327 Fed. Appx. 56.

**No. 09-7824. Gary Lawrence Ozenne, Petitioner v. Chase Manhattan Bank, et al.**

559 U.S. 943, 130 S. Ct. 1510, 176 L. Ed. 2d 121, 2010 U.S. LEXIS 1458.

February 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 09-7835. Devon R. James, Petitioner v. Millicent Warren, Warden.**

559 U.S. 943, 130 S. Ct. 1510, 176 L. Ed. 2d 121, 2010 U.S. LEXIS 1177.

February 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

**No. 09-7837. Dave Beck, Petitioner v. Victor Walker, Warden.**

559 U.S. 943, 130 S. Ct. 1510, 176 L. Ed. 2d 121, 2010 U.S. LEXIS 1305.

February 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

**No. 09-7840. Isaiah Washington, Petitioner v. Michael Bowersox, Superintendent, South Central Correctional Facility, et al.**

559 U.S. 943, 130 S. Ct. 1511, 176 L. Ed. 2d 121, 2010 U.S. LEXIS 1167.

February 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

**No. 09-7842. Terrence Williams, Petitioner v. Greg McQuiggin, Warden.**

559 U.S. 944, 130 S. Ct. 1511, 176 L. Ed. 2d 121, 2010 U.S. LEXIS 1474.

February 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

**No. 09-7844. Eddie J. Lee, Petitioner v. Carol Woughter, Superintendent, Mohawk Correctional Facility, et al.**

559 U.S. 944, 130 S. Ct. 1511, 176 L. Ed. 2d 121, 2010 U.S. LEXIS 1147.

February 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

Same case below, 327 Fed. Appx. 253.